

CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-23449-CIV-MORENO

LISA M. ALI,

    Plaintiff,

vs.

ROYAL PALM MIAMI HOLDINGS, LLC,

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default and Default Final Judgment **(D.E. No. 29)**, filed on **July 2, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant, a corporation, failed to obtain counsel by the June 29, 2009, the date specified in the Court's June 22, 2009. As of the date of this order, Defendant still has not obtained counsel. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff LISA M. ALI and against Defendant ROYAL PALM MIAMI HOLDINGS, LLC. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant compensatory damages in the amount of $141,000 and costs in the amount of $2,326.29; for a sum total of **$143,326.29**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue. The

Court reserves jurisdiction to award attorney's fees and prejudgment interest at a later date.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record