UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-~~23499~~ 23449-CIV-MORENO

LISA M. ALI,

    Plaintiff,

vs.

ROYAL PALM MIAMI HOLDINGS, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO SET ASIDE DEFAULT

THIS CAUSE came before the Court upon Defendant's Motion to Set Aside Default (**D.E. No. 31**), filed on **July 30, 2009**.

THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and the default final judgment is VACATED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of July, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record